1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DEMETRIUS K. BRASHEAR,                    No.  2:22-cv-00902-TLN-KJN

12                      Plaintiff,

13           v.                                 **ORDER**

14    C. PIERCE, et al.,

15                      Defendants.

16

17           Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief

18    under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19    28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20           On January 24, 2023, the magistrate judge filed findings and recommendations herein

21    which were served on Plaintiff and which contained notice to Plaintiff that any objections to the

22    findings and recommendations were to be filed within fourteen days.  (ECF No. 12.)  Plaintiff did

23    not file objections to the findings and recommendations.

24           Although it appears from the file that Plaintiff's copy of the findings and

25    recommendations was returned, Plaintiff was properly served.  It is Plaintiff's responsibility to

26    keep the Court apprised of his current address at all times.  Pursuant to Local Rule 182(f), service

27    of documents at the record address of the party is fully effective.

28    ///

                                                     1

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed January 24, 2023, (ECF No. 12) are adopted in full; and

2. This action is DISMISSED without prejudice. *See* Local Rule 110; Fed. R. Civ. P. 41(b).

**DATED:  February 22, 2023**

Troy L. Nunley
United States District Judge

2